# GLENN A. GARBER, P.C.

**THE WOOLWORTH BUILDING**
233 BROADWAY, SUITE 2370, NEW YORK, NY 10279

ATTORNEYs AT LAW
GLENN A. GARBER
(ADMITTED IN NY& NJ)

TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

January 21, 2025

**Via ECF**
Hon. Carol Bagley Amon
Magistrate Judge
Eastern District of New York
225 Caman Plaza East
Brooklyn, NY 11201

Re: *Erick Turner v. City of New York, et. al.*
Docket No. 23-cv-01432 (CBA-JAM)

Dear Judge Amon:

I write to advise the Court that we will not be interposing objections to the Magistrate's Report and Recommendation (DE 50) in light of the recommendation that the motion for a default judgment can be renewed without prejudice.

I also write to request until March 4th, 2025, (six weeks) to determine if we will proceed with the motion and to file it. This date is requested due to my trial schedule and other commitments.

Thank you for your consideration.

Respectfully,

Glenn A. Garber

Cc: Sutton Sachs Meyer PLLC

---

*Handwritten note from Judge:*

Motion for default judgment is denied. Application to extend March 4 date to renew motion must be made to Magistrate Judge Marutollo.

Ordered,
[signature]
1/22/25